**<u>EXHIBIT "1"</u>**



Matt Knepper, Esq., Miles Clark, Esq., David Krieger, Esq.
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
<u>Mailing Address</u> : 5940 S Rainbow Blvd Ste 400, PMB 99721
Las Vegas, Nevada 89118-2507 US
Email: <u>claims@NvBankruptcyAttorneys.com</u>

August 4, 2021

**VIA U.S. MAIL TO:**

Discover Bank
ATTN: Amanda Dingus / Bankruptcy
Sr Specialist/
Managing or Resident Agent or
Bankruptcy Dept.
Discover Bank / Discover Products Inc.
PO Box 3025
New Albany, OH 43054

## <u>REQUEST FOR "SUPPORTING INFORMATION" PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 3001(c) and NRS 97A.160</u>

RE:    Debtor:                                MARSHAL ROY ROBLES
       Bankruptcy Case No.:               21-12702-nmc
       Bankruptcy Case filed:             05/27/2021
       Proof of Claim No.                 1
       Your Account No.:                  6619 (last 4 digits)

To Amanda Dingus / Bankruptcy Sr Specialist:

On 06/07/2021, you filed proof of claim No. 1 (the "POC") in the above Chapter 13 Bankruptcy Matter on behalf of Discover Bank (the "Claimant"). The POC asserts the debt was incurred resulting from credit card or other "open end" charges from an "issuer" as that term is defined by Nevada Revised Statutes (NRS) 97A.100.

NRS 97A.160(1) discusses the records required to collect a credit card debt, the evidence required to establish liability and amount of the debt, and mandatory authentication of records.

1.  To establish liability in any action brought to collect a credit card debt, NRS 97A.160(1)(a) requires the card issuer to either submit "the written application for the credit card account" or "evidence that the debtor incurred charges on the account and made payments thereon."

2.  To establish the amount owed, NRS 97A.160(1)(b) requires, "[t]he periodic billing statements provided by the issuer" or "information stored by the issuer on a computer, microfiche or optical disc which indicate the amount of debt owed" as of the petition date of this Bankruptcy.

3.  NRS 97A.160(2) requires that the evidence establishing liability and the amount of the debt be **<u>authenticated</u>** either "pursuant to the procedures set forth in NRS 52.450 to 52.480" or "by the submission of a written **<u>affidavit</u>** sufficient to establish: (1) The affiant as the custodian of

the written records offered as evidence; (2) That the written records offered as evidence were made in the ordinary course of the issuer's business; and (3) That the written records are true and correct copies of the records retained by the issuer.

Further, pursuant to FRBP 3001(c)(1), for a claim based on a writing "a copy of the writing shall be filed with the proof of claim.  If the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction shall be filed with the claim."  Your claim does not provide proper authentication pursuant to NRS 97A.160, nor (if applicable) have you filed a copy of the writing or the circumstances of the loss as required pursuant to FRBP 3001.

Accordingly, the Debtor hereby requests you supplement your claim to provide the above information (1-3 above) to authenticate the POC; or withdraw the POC.

Additionally, if you acquired this claim/debt from another, the Debtor also requests you **provide a proper chain of title evidencing your standing to enforce the POC in addition to the above**, such as a purchase agreement, bill of sale, or transfer/assignment of the underlying debt to you specifically **referencing the account number** for the underlying debt.  A bulk sale or forward flow agreement is insufficient unless it identifies the specific debt identified in the POC by its account number.

Kindly email the above requested documentation and information to:

claims@nvbankruptcyattorneys.com
Or mail the requested information to:

NEVADA BANKRUPTCY ATTORNEYS, LLC
5940 S Rainbow Blvd Ste 400
PMB 99721
Las Vegas, Nevada 89118-2507

Failure to provide the above information within thirty (30) days will result in the Debtor moving forward with an objection to your claim as well as a request for attorney's fees and costs as may be awarded by the Court including any other relief the Court may enter.

Sincerely,

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

ROBLES, MARSHAL ROY

CASE NO: 21-12702

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/5/2021, I did cause a copy of the following documents, described below,

POC - Document Request

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/5/2021

/s/ David Krieger
David Krieger  9086

NEVADA BANKRUPTCY ATTORNEYS LLC
500 N. Rainbow Blvd, Suite 300
Las Vegas, NV  89107
702 879 5945

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

ROBLES, MARSHAL ROY

CASE NO: 21-12702

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/5/2021, a copy of the following documents, described below,

POC - Document Request

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/5/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David Krieger
NEVADA BANKRUPTCY ATTORNEYS LLC
500 N. Rainbow Blvd, Suite 300
Las Vegas, NV  89107

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


DISCOVER BANK
ATTN AMANDA DINGUS  BANKRUPTCY SR SPEC
DISCOVER BANK  DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054